## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **ANGELA LEGGE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **No. 3:24-cv-1083** |
| ) | |
| **FRANK BISIGNANO, Commissioner Of** ) | |
| **Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Before the Court is the Report and Recommendation by Magistrate Judge Jeffery S. Frensley ("R&R") (Doc. No. 18) recommending that the Court grant Plaintiff's motion for attorney fees (Doc. No. 12) and award Plaintiff $10,324.73. The R&R, issued on July 2, 2026, notified Defendant that any objections must be filed within fourteen days. (Doc. No. 18 at 3–4). Defendant declined to object. Given that Defendant has lodged no objections to the R&R, the Court need only review it for clear error. Fed. R. Civ. P. 72(b) advisory committee note of 1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has nevertheless conducted a de novo review of the R&R and accepts the Magistrate Judge's recommendation. Accordingly, the Court **ADOPTS** the R&R (Doc. No. 18) in its entirety. The motion for attorney fees (Doc. No. 12) is **GRANTED**. The Clerk shall enter judgment in favor of Plaintiff in the amount of **$10,324.73** in attorney fees. Defendant shall release that amount to Plaintiff's counsel. Plaintiff's counsel shall remit **$1,435.49** of the total award to Plaintiff within fourteen days.

IT IS SO ORDERED

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE